(137 So. 910)
**Bessie Lee ANDRESS, etc., v. G. M. LEWIS.**
4 Div. 563.

Supreme Court of Alabama.
Nov. 27, 1931.

Farmer, Merrill & Farmer, of Dothan, for appellant.
T. E. Buntin, of Dothan, for appellee.

PER CURIAM.
Appeal dismissed by agreement.

(134 So. 913)
**BANK OF MOULTON v. HUGHES & TID-WELL.**
8 Div. 276.

Supreme Court of Alabama.
May 21, 1931.

PER CURIAM.
Appeal dismissed for want of prosecution.

(135 So. 918)
**Clyde BEACH, alias Steve Hardy, v. STATE.**
1 Div. 658.

Supreme Court of Alabama.
June 11, 1931.

PER CURIAM.
Appeal dismissed by appellant.

(137 So. 910)
**BIRMINGHAM ELECTRIC CO. v. Lula HOWARD.**
6 Div. 989.

Supreme Court of Alabama.
Oct. 8, 1931.

Lange, Simpson & Brantley, of Birmingham, for appellant.
J. K. Taylor, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed by agreement.

(134 So. 913)
**BIRMINGHAM ELECTRIC CO. v. Andrew Bobby JACKSON, pro Ami.**
6 Div. 715.

Supreme Court of Alabama.
May 14, 1931.

Lange, Simpson & Brantley and Ormond Somerville, Jr., all of Birmingham, for appellant.
Ewing, Trawick & Clark, of Birmingham, for appellee.

BROWN, J.
Affirmed conditionally.

ANDERSON, C. J., and SAYRE and THOMAS, JJ., concur.

(135 So. 918)
**BIRMINGHAM–TRUSSVILLE IRON CO. v. E. L. HURST, Judge, etc.**
7 Div. 975.

Supreme Court of Alabama.
May 26, 1931.

PER CURIAM.
Appeal dismissed by appellant.

(137 So. 910)
**J. H. BRADLEY et al. v. Cordelia BRADLEY.**
4 Div. 598.

Supreme Court of Alabama.
Nov. 5, 1931.

PER CURIAM.
Appeal dismissed.